# MEMORANDUM DECISIONS.

ABBOTT et al. v. BLOHM et al. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by Leon Abbott and others against Charles A. Blohm and another. No opinion. Motion denied. See 66 N. Y. Supp. 838.

ABRAMS et al., Appellants, v. HASS et al., Respondents. (Supreme Court, Appellate Term, January 16, 1901.) Action by Samuel J. Abrams and another against Barnett Hass and another. From a judgment for defendants, plaintiffs appeal. Reversed. S. Cohen, for appellants. M. Greenberg, for respondents.

PER CURIAM. The plaintiffs showed the sale and delivery of 72 dozen vests at $2.80 per dozen, and the acceptance of the goods by the defendants. It does not appear that the defendants ever offered to return the goods, or even that they are now willing to return them unconditionally. No warranty that survived acceptance is alleged or shown, and no counterclaim was established. It seems that upon the evidence presented the plaintiffs should have prevailed. Judgment reversed, and new trial ordered, with costs to appellants to abide the event.

ACKER, Respondent, v. SYRACUSE RAPID-TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Willett H. Acker against the Syracuse Rapid-Transit Railway Company. No opinion. Judgment and order affirmed, with costs.

In re ALBANY TRUST CO. (Supreme Court, Appellate Division, Third Department. December 7, 1900.) In the matter of the application of the Albany Trust Company to be designated as a deposit bank for court funds. No opinion. Motion granted.

ALCOTT, ROSS & SCULLY CO., Appellant, v. THARLE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) Action by the Alcott, Ross & Scully Company against Henry J. Tharle and others. No opinion. Order affirmed, with $10 costs and disbursements.

ANDERSON v. BOUILLON. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by Arthur A. Anderson against Margaretha Bouillon. No opinion. Motion granted, with $10 costs.

ANTISDALE, Respondent, v. WILLIAMSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Mary E. Antisdale against Frank Williamson and others. No opinion. Motion to amend the order (55 N. Y. Supp. 1028) heretofore made by this court herein granted, without costs, and order, as amended, filed with the clerk.

APPLEBY, Respondent, v. DORTHY, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) Action by Thomas H. Appleby against John F. Dorthy, impleaded, etc. No opinion. Motion denied, without costs; it appearing that the appellant's time to serve this case and exceptions has not been limited under general rule 32.

In re APPLICATION OF BOARD OF STREET OPENING AND IMPROVEMENT TO ACQUIRE TITLE TO BECK ST., OR EAST 151st ST. (Supreme Court, Appellate Division, First Department. November 16, 1900.) Application by the board of street opening and improvement to acquire title to Beck street, or East 151st street. Appeal from an order denying an application to confirm the report of the commissioners of assessment in such proceeding. Affirmed. John P. Dunn, for appellant city of New York. Barclay E. V. McCarthy, for respondents executors and trustees of estate of John McConville.

McLAUGHLIN, J. The questions presented by this appeal are precisely the same as those raised by the appeal in Re Application of Board of Street Opening and Improvement to Acquire Title to Fox St., or East 150th St., (herewith decided) 67 N. Y. Supp. 57, in so far as that appeal relates to the award to the McConville estate. For the reasons stated in the opinion delivered in that case, the order of the special term here appealed from must be affirmed, with $10 costs and disbursements. All concur.

In re APPOINTMENT OF BOARD OF EXAMINERS. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) In the matter of the appointment of a board of examiners for the purpose of examining into the operation of chapter 369 of the Laws of 1895, entitled "An act creating a commissioner of jurors," etc. Order fixing compensation and disbursements of the board of examiners filed with the clerk.

BAGNELL et al., Respondents, v. WAHLE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by William H. Bagnell and others against William Wahle and others. H. H. Shook, for appellants. E. Mitchell, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.